No. 99–7086. IN RE NANCE;
No. 99–7222. IN RE MAYES;
No. 99–7303. IN RE CAMPBELL;
No. 99–7332. IN RE SPENCER;
No. 99–7362. IN RE WARREN;
No. 99–7366. IN RE RAMIREZ VELA;
No. 99–7404. IN RE YOUNGBEAR; and
No. 99–7430. IN RE WILLIAMS. Petitions for writs of habeas corpus denied.

No. 99–7631 (99A548). IN RE THOMAS. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 99–6601. IN RE MROCH;
No. 99–6671. IN RE CANTY; and
No. 99–7023. IN RE WARREN. Petitions for writs of mandamus denied.

No. 99–201. PEREZ v. O'SULLIVAN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 99–269. NEW YORK ET AL. v. SENECA NATION OF INDIANS ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–359. LANDRY ET AL. v. REILLY, ATTORNEY GENERAL OF MASSACHUSETTS, ET AL. Sup. Jud. Ct. Mass. Certiorari denied.

No. 99–380. VIRGINIA ET AL. v. COLLINS ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–395. ARMSTRONG v. ACCREDITING COUNCIL FOR CONTINUING EDUCATION & TRAINING, INC., ET AL. C. A. D. C. Cir. Certiorari denied.